UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

        Plaintiff,

v.                                      No. 14-cr-113 (JNE/JSM)
                                        ORDER

Ricardo Garcia-Garza,

        Defendant.

---

This matter is before the Court on a Report and Recommendation, ECF No. 28, in which the United States Magistrate Judge recommends that Defendant Ricardo Garcia-Garza's Motion to Suppress Fruits of Unlawful Search and Seizure, ECF No. 17, be denied. No objections were filed, and the Court now adopts the recommendation.

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1. Defendant's Motion to Suppress Fruits of Unlawful Search and Seizure [ECF No. 17] is DENIED.

Dated: July 30, 2014                                          s/Joan N. Ericksen
                                                                            JOAN N. ERICKSEN
                                                                            United States District Judge